P

7:16po56

Judge Ballou

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 18 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

I wesstanley Have forgotten to pay my court fines I will be paying 100$ today 5/18/16 and will pay the rest on friday

Wesstanley Dalisayly